IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN LASSALLE, and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE STATE OF NEBRASKA; THE STATE OF NEBRASKA, ACTING THROUGH THE NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE HASTINGS REGIONAL CENTER; THE NORFOLK REGIONAL CENTER; and THE BEATRICE STATE DEVELOPMENTAL CENTER,<br><br>        Defendants. | 4:17CV3088<br><br>**ORDER** |

This matter is before the Court on plaintiff Brian Lassalle's ("Lassalle") Motion to Remand (Filing No. 4) this case to the District Court of Lancaster County, Nebraska. *See* 28 U.S.C. § 1447. According to Lassalle, this Court no longer has subject-matter jurisdiction under 28 U.S.C. § 1331 because Lassalle amended his complaint to delete his only federal claim. The defendants have jointly filed a Notice of No Objection (Filing No. 6), stating they do not object to Lassalle's request for remand. Given the parties' agreement that remand is appropriate,

    IT IS ORDERED:

    1.    Plaintiff Brian Lassalle's unopposed Motion to Remand (Filing No. 4) is granted.

    2.    The Clerk of Court is directed to remand this case to the District Court of Lancaster County, Nebraska.

    3.    The parties will bear their own attorney fees, costs, and expenses.

Dated this 19th day of July, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge